IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TERRANCE LAMOUNT JAMES,
    Plaintiff,

v.

TODD ISHEE, ROY COOPER, TODD POMEROY, STATE OF NORTH CAROLINA, FORREST D. BRIDGES, GWYNN RADECKER, DEMETRIUS CLARK, and NC DEPARTMENT OF PUBLIC SAFETY,
    Defendants.

**Judgment in a Civil Case**

Case Number: 5:22-CT-3110-FL

**Decision by Court.**

Pursuant to order filed November 28, 2022, the Honorable Louise Wood Flanagan, United States District Judge, directed that in the event of no response from plaintiff to said order, the clerk shall, without further order of the court, terminate all pending motions as moot and enter judgment dismissing the action without prejudice for failure to prosecute.

Plaintiff failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 12, 2023, with service on:
Terrance Lamount James, #0590137    (via U.S. Mail)
Bertie Correctional Institution
P.O. Box 129
Windsor, NC 27983

January 12, 2023

Peter A. Moore, Jr.
Clerk of Court

By: *[signature] Stephanie Mann*
Deputy Clerk